UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE:

NASDAQ MARKET MAKERS
ANTITRUST LITIGATION

94 Civ. 3996 (RWS)
O R D E R

M.D.L. 1023

------------------------------------------X

**Sweet, D.J.**

Plaintiffs' motion for charitable distribution of recently recovered funds, dated May 24, 2013 will be heard on submission, without oral argument, on Wednesday, June 26, 2013. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**May 28, 2013**

ROBERT W. SWEET
U.S.D.J.

5/30/13